# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Darrius Javared Young,

        Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                              3:05-cv-378-MU-1

United States of America,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2005 Order.

**Signed: September 14, 2005**

Frank G. Johns, Clerk
United States District Court